**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7548

_____

ROGER LEE STEPHENS,

　　　　　Petitioner - Appellant,

　　　v.

EDDIE PEARSON, Warden,

　　　　　Respondent - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Chief District Judge.  (7:12-cv-00356-GEC-RSB)

_____

Submitted:  December 17, 2013　　　Decided:  December 20, 2013

_____

Before KING, GREGORY, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Roger Lee Stephens, Appellant Pro Se.  John Watkins Blanton, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Lee Stephens seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2254 (2006) petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on April 16, 2013. The notice of appeal was filed on September 4, 2013.[*] Because Stephens failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

---

[*] For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

2

before this court and argument would not aid the decisional process.

                                                          DISMISSED